UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                               :

UNITED STATES OF AMERICA          :

          :

          :        10 Cr. 569 (LGS)

        -against-      :        17 Cr. 244 (LGS)

          :

KIRK JAMES,          :          ORDER

                        Defendant.  :

---------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a status conference regarding the Probation Department's Violation of

Supervised Release Report and Petition dated July 3, 2024, is currently scheduled for August 26,

2024, at 10:30 a.m.  It is hereby

      **ORDERED** the parties shall file a joint status letter on **July 29, 2024,** informing the

Court of the status of Defendant's compliance with the terms of his supervised release and their

respective positions with respect to the pending specifications including whether a disposition has

been reached or if an evidentiary hearing is needed.

Dated: July 22, 2024
      New York, New York

                                  LORNA G. SCHOFIELD
                            **UNITED STATES DISTRICT JUDGE**