UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA       :
                                        :      10 Cr. 569 (LGS)
               -against-          :      17 Cr. 244 (LGS)
    KIRK JAMES,                     :      <u>ORDER</u>
                        Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a status was held on September 12, 2024.  It is hereby

    **ORDERED** the parties shall file a joint prehearing letter by **October 8, 2024,** advising the Court of their proposed witnesses, the likely duration of their direct testimony and a brief summary of the nature or substance of the testimony.  It is further,

    **ORDERED** that an evidentiary hearing regarding the Probation Department's Violation of Supervised Release Report and Petition dated July 3, 2024, will be held on **October 22, 2024, at 10:30 a.m**.

Dated: September 16, 2024
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**