UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                        -against-                     10 Cr. 569 (LGS)
                                                17 Cr. 244 (LGS)

   KIRK A. JAMES,                                     ORDER
                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an evidentiary hearing regarding the Probation Department's Violation of Supervised Release Report and Petition dated July 3, 2024, is currently scheduled for October 22, 2024, at 10:30 a.m. It is hereby

      **ORDERED** that the evidentiary hearing is adjourned to **October 22, 2024, at 1:30 p.m**.

Dated: October 15, 2024
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE