UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :     10 Cr. 569 (LGS)
              -against-                                     :     17 Cr. 244 (LGS)
                                                            :
KIRK JAMES,                                                 :     SCHEDULING ORDER
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 22, 2024, Defendant appeared before Magistrate Judge Gary Stein and admitted Specification Nos. 1 and 7 of the Probation Department's Violation of Supervised Release Report and Petition dated July 3, 2024. It is hereby

**ORDERED** that Defendant Kirk James' sentencing hearing will be held on **February 24, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's submission, if any, shall be filed on or before **February 3, 2025**. The Government's submission, if any, shall be filed by **February 6, 2025.**

Dated: October 31, 2024
       New York, New York

                                                _____
                                                **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**