UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                                                     10 Cr. 569 (LGS)
                                                                     17 Cr. 244 (LGS)

                  -against-

                                                                     ORDER

   KIRK A. JAMES,

                                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the sentencing hearing currently scheduled for March 25, 2025, is adjourned to **April 14, 2025, at 10:00 a.m**.

Dated: March 21, 2025
         New York, New York

                                                            LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE